USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JUANITA TOLBERT,

                Defendant.

15cr00057 (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

In the Judgment issued in this case on July 31, 2015, the Court directed Defendant, as part of her sentence, to make restitution in the amount of $65,000, payable to the Clerk of Court, S.D.N.Y. It has recently come to the Court's attention that, although Defendant has made restitution payments, the Government has not provided the Clerk of Court with information regarding the victim of the offense, so that those payments may be properly disbursed to the victim. Under the circumstances, is hereby ORDERED that, within one week of the date of this Order, the Government shall submit a letter to the Court, providing the necessary victim disbursement information.

Dated: New York, New York
       November 19, 2019

                              SO ORDERED:

                              _____
                              DEBRA FREEMAN
                              United States Magistrate Judge